

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
THE HOLMES BUILDING
101 LARRY HOLMES DRIVE, 4TH FLOOR
EASTON, PENNSYLVANIA 18042
CHAMBERS_OF_JUDGE_EDWARD_G_SMITH@PAED.USCOURTS.GOV

CHAMBERS OF                                        PHONE: (610) 333-1833
JUDGE EDWARD G. SMITH                              FAX: (610) 252-5599

January 17, 2017

Thomas I. Puleo, Esquire
KML LAW GROUP
701 Market Street, Suite 5000
Philadelphia, PA  19106

     **Re:**    **United States of America v. Wendy L. Boyd**
             **Civil Docket # 5:16-cv-5842**

Dear Attorney Puleo:

     A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

     In order to eliminate a delay in bringing this case to trial, service must be made by February 7, 2017, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.  Proof of service must be filed with the Clerk's Office within five days of service.  If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

               Very truly yours,

               */s/ Shana Restucci*
               _____
               Shana Restucci, Civil Deputy Clerk
               Honorable Edward G. Smith