# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05842

Sheriff's Sale Date: _____

V.

WENDY L. BOYD; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served WENDY L. BOYD the above process on the 25 day of January, 2017, at 1:00 o'clock, PM, at 27 WINDING WAY LITITZ, PA 17543, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of **Pa**  )
                              ) SS:
County of **Berks**           )

Before me, the undersigned notary public, this day, personally, appeared _____Jeffrey Clohessy_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-163203
Case ID #: 4793341

Subscribed and sworn to before me this **27** day of **JAN**, 20**17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO / Brittni A.

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>5695-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703753170883<br>9171999991703753170883 | BOYD, WENDY L.<br>249 North Queen Street<br>Apt 6<br>Lancaster, PA 17603 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703753170890<br>9171999991703753170890 | BOYD, WENDY L.<br>27 Winding Way<br>Lititz, PA 17543 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703753170906<br>9171999991703753170906 | BOYD, WENDY L.<br>27 Winding Way<br>Lititz, PA 17543 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |

(USPS CONTINENTAL STATION JAN 19 2017 PHILA, PA 19106 stamp)

| | | | | | |
|---|---|---|---|---|---|
| Page Totals | 3 | | 2.78 | 14.55 | 17.33 |
| Cumulative Totals | 3 | | 2.78 | 14.55 | 17.33 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)   Extra Service Codes:
C       Certified
ERR   Return Receipt

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark Date of R. | |
|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | RD Fee | RR Fee |
| 1. | | | | | |
| 2. | | | | | |
| 3. | TO  WENDY BOYD<br>BOYD, WENDY L.<br>27 Winding Way<br>Lititz, PA 17543 | | | | |
| 4. | | | | | |
| 5. | TO  WENDY BOYD<br>BOYD, WENDY L.<br>249 North Queen Street<br>Lancaster, PA 17603 | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | | | See Privacy Act Statement on Reverse |

PS Form **3877**, February 2002 (Page 1 of 2)    Sale Date:    Complete by Typewriter, Ink, or Ball Point Pen

USA-163203   Lancaster County

WENDY L. BOYD

PCC - Back to Brittni Agostin