IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-5842 |
| | : | |
| v. | : | |
| | : | |
| WENDY L. BOYD, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 24th day of February, 2017, the plaintiff having moved for the entry of a default judgment against the defendant (Doc. No. 8); accordingly, it is hereby **ORDERED** that the court will hold a hearing on the motion on **Wednesday, March 15, 2017**, at **10:00 a.m.**, at the Holmes Building, 4th Floor, 101 Larry Holmes Drive, Easton, Pennsylvania.

## NOTICE TO DEFENDANT

THE DEFENDANT IS HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST HER AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANT HAS THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. IF THE DEFENDANT FAILS TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HER BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.

**IT IS FURTHER ORDERED** that the plaintiff or its agent shall serve this order upon the defendant by (1) posting a copy of the order on the property to be foreclosed in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rules 410(c) and 430(a) of the Pennsylvania Rules of Civil Procedure, and (2) regular and registered mail to the defendant's last known address.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.