# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

WENDY L. BOYD; et al.
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-05842

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served WENDY L. BOYD the above process on the 28 day of February, 2017, at 12:43 o'clock, PM, at 27 WINDING WAY LITITZ, PA 17543, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_____

County of _Berks_____

) SS:
)

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-163203
Case ID #: 4825117

Subscribed and sworn to before me this _1_ day of _Mar_____, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017





**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here
(if issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

| 1. | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | BOYD, WENDY L. 27 Winding Way Lititz, PA 17543 | | | | | | | | | | | |
| 2. | | BOYD, WENDY L. 249 North Queen Street Apt 6 Lancaster, PA 17603 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | |
| 10. | | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 FEB 28 2017
$ 002.70⁰

USPS CONTINENTAL STATION
FEB 28 2017
PHILA, PA 19106

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office
Postmaster, Per (Name of receiving employee)

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen   See Privacy Act Statement on Reverse

USA-163203   Lancaster County   Sale Date:

WENDY L. BOYD

*Jill H.*

Jill Hill

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5953-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703753177127<br>9171999991703753177127 | BOYD, WENDY L.<br>249 North Queen Street<br>Apt 6<br>Lancaster, PA 17603 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703753177134<br>9171999991703753177134 | BOYD, WENDY L.<br>27 Winding Way<br>Lititz, PA 17543 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 1.85<br>1.85 | 9.70<br>9.70 | | | 11.55<br>11.55 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)          Extra Service Codes:
                                  C     Certified
                                  ERR   Return Receipt

(Round stamp: USPS CONTINENTAL STATION, PHILA PA 19106, FEB 28 2017)