## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                    Plaintiff

    v.

WENDY L. BOYD

                    Defendant

Civil Action No:  16-05842

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 29th day of June 2017, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Notice of US Marshal Sale of real property located within the Eastern District of Pennsylvania, situated at 27 Winding Way, Lititz, PA 17543

It is hereby ORDERED, ADJUDGED AND DECREED:

That the Notice of US Marshal Sale be served on the Defendant by Plaintiff or its agent by posting a copy of the Notice of US Marshal Sale on the property to be foreclosed, as required by Pa.R.C.P. 3129.2(c), made applicable by Fed.R.Civ.P.4(e)(1) and Pa.R.C.P 402(a) and 430(a), and by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

 

_____

                                                J.