


**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

FILED
AUG 28 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 16-05842

I, ROBBIE MILLER, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 27 WINDING WAY, LITITZ, PA 17543.

The public sale was held on AUGUST 09, 2017 and the highest bidder was GREEN ROBIN HOMES LLC OR ASSIGNS who bid the amount of $103,000.—

By: ROBBIE MILLER
Deputy U.S. Marshal

WINNER $103,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: GREEN ROBIN HOMES LLC OR ASSIGNS

ADDRESS: 2882 NEWARK RD.

WEST GROVE, PA. 19390

PHONE (DAY): 610 836 1916

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

GREEN ROBIN HOMES LLC OR ASSIGNS

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Randler + Bolinder Real Estate, LLC.

ADDRESS: 387 Squire Ln.
Lititz, Pa. 17543

PHONE (DAY): (717) 341-3878

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Randler + Bolinder Real Estate, LLC.

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

### BIDDER'S REGISTRATION FORM

NAME: RD Property Group LLC

ADDRESS: 1327 E 21st St.
Brooklyn NY 11210

PHONE (DAY): 

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

RD Property Group LLC
The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

Attn: Sarah Sensenig
or Paul Vriend

**NAME:** BP Real Estate Investment Group LP

**ADDRESS:** 1770 Oregon Pike

Lancaster, PA 17601

**PHONE (DAY):** 717-327-0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group, L.P.

The above is precisely how the name(s) are to appear in the deed

sarahbpgroup@gmail.com



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

### BIDDER'S REGISTRATION FORM

**NAME:** DOUG MUSSER

**ADDRESS:** 1374 RIDGE RD

ELIZABETHTOWN, PA 17022

**PHONE (DAY):** 717-468-8333 OR 717-367-7164 (HOME)

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

DOUGLAS H. MUSSER & GREGORY S. MUSSER

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: _Horizon Rental's LLC_

ADDRESS: _2988 Newport Road_

_Ronks PA 17572_

PHONE (DAY): _717-587-2516_

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_Horizon Rental's LLC_
The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

**NAME:** Denise Claar

**ADDRESS:** 718 Buckwood Ln.

Lititz PA 17543

**PHONE (DAY):** 717-413-3882

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Denise Claar

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

### BIDDER'S REGISTRATION FORM

**NAME:** Mervin S. Garman

**ADDRESS:** 118 Jeanel Circle
Lititz, Pa 17543

**PHONE (DAY):** 717-314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Mervin S. Garman

The above is precisely how the name(s) are to appear in the deed

## USMS Sale Bid Sheet

## 27 Winding Way

## Lititz, PA 17543

## Wendy BOYD – CV-16-05842

| Bidder | Amout |
|---|---|
| Garman | 64,700 K |
| Robin homes | 70 K |
| Garm | 71 K |
| CLAAR | 72 K |
| Garm | 73 K |
| Robin Homes | 80 K |
| Garm | 81 K |
| CLAAR | 85 K |
| Garm | 86 K |
| CLAAR | 87 K |
| Garm | 88 K |
| CLAAR | 90 K |
| GARM | 91 K |
| BP | 91,500 K |
| Garm | 92 K |
| CLAAR | 93 K |
| Garm | 94 K |
| CLAAR | 95 K |
| GARM | 95,500 K |

**USMS Sale Bid Sheet**

**27 Winding Way**

**Lititz, PA 17543**

**Wendy BOYD – CV-16-05842**

| | Bidder | Amout |
|---|---|---|
| | CLAAR | 96K |
| | CARM | 96,500K |
| | CLAAR | 97K |
| | CARM | 97,500K |
| | CLAAR | 98K |
| | CARM | 98,500K |
| | CLAAR | 99K |
| | CARM | 99,500K |
| | CLAAR | 100K |
| 2nd | RANDLER | 100,100K |
| | Green Robin homes | 103K |