## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

WENDY L. BOYD
        Defendant

Civil Action No: 16-05842

## ORDER

AND NOW, this 20TH day of Sept, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on August 09, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Green Robin Homes LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of WENDY L. BOYD in and to the premises sold located at 27 Winding Way, Lititz, PA 17543.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.



                                                                                        J.