## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff        CIVIL NO. 16-05842

vs.

WENDY L. BOYD

        Defendant(s)

## ASSIGNMENT OF BID

THIS ASSIGNMENT is made this __18__ day of __December__, 2017, by __Green Robin Homes LLC__ (Assignor) TO __Kristan L. Nellius__ (Assignees).

WHEREAS, Assignor was the successful bidder at the United States Marshal's Sale of August 9, 2017 for the Property known as 27 Winding Way, Lititz, PA 17543.

WHEREAS, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____ member for
SUCCESSFUL BIDDER   Green Robin Homes LLC

State of PA
County of Chester
As to Assignor

Sworn to and subscribed before me

This __18__ day of __December__, 2017

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Heather Marie Haas, Notary Public
East Marlborough Twp., Chester County
My Commission Expires Sept. 12, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Assignment of Bid (27 Winding Way, Lititz, PA 17543)
Page 2

I hereby accept this Assignment of Bid.

BY: _Krista L. Nellius_
   (Assignees)

Address: 27 Winding Way, Lititz PA 17543
Phone Number:
As to Assignee
State of PA   County of Chester
Sworn to and subscribed before me

this 18 day of December, 2017.


_Heather Lane Haas_
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
  Heather Marie Haas, Notary Public
 East Marlborough Twp., Chester County
  My Commission Expires Sept. 12, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```