## UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

UNITED STATES OF AMERICA

                    Plaintiff         |    CIVIL NO. 16-05842

    vs.

WENDY L. BOYD

                    Defendant(s)

### ORDER

    **AND NOW**, this 6ᵗʰ day of June , 2018, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 27 Winding Way Lititz, PA 17543 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:



                                        J.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNIT D STATES OF AMERICA

              Plaintiff

        vs.

WENDY L. BOYD

          Defendant(s)

CIVIL NO. 16-05842

## A.  SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser................................. $103,000.00

Amount of cash received............................................................$103,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A03137....................................................$103,000.00

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327