UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-05842 |
| vs. | |
| WENDY L. BOYD | |
| Defendant(s) | |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser……………..…………… $103,000.00

Amount of cash received………………………………………………$103,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A03137……………………………………$103,000.00

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327